| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MARK E. CULLERS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       | CASE NO. 01:97-MJ-02023 |
| Plaintiff,                      | ORDER |
| v.                              | |
| PERRY KIRKWOOD MANN,            | |
| Defendant.                      | |

The United States' motion to dismiss without prejudice the underlying complaint and recall the arrest warrant in the above referenced case, 97-MJ-02023 against defendant PERRY KIRKWOOD MANN is GRANTED.

IT IS SO ORDERED.

Dated:  **July 16, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1